UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2018 FEB -5 A 11: 52
U.S. DISTRICT COURT
NEW HAVEN, CT.

IN THE MATTER OF AN APPLICATION : No.
OF THE UNITED STATES OF AMERICA :
FOR AN ORDER AUTHORIZING THE : **FILED UNDER SEAL**
INSTALLATION AND USE OF PEN :
REGISTER AND INCOMING RECORDING : February 2, 2018
DEVICE :

## APPLICATION

H. Gordon Hall, an attorney of the United States Department of Justice and an Assistant United States Attorney for the District of Connecticut, hereby applies to the Court pursuant to Title 18, United States Code, Section 3122 for an order authorizing the installation and use of a pen register and of a device that captures the incoming electronic or other impulses which identify the originating number of an instrument or device from which a wire or electronic communication was transmitted ("incoming recording device"). In support of this application he states the following:

1. Applicant is an "attorney for the Government" as defined in Rule 54(c) of the Federal Rules of Criminal Procedure, and therefore, pursuant to Title 18, United States Code, Section 3122, may apply for an order authorizing the installation and use of a pen register and incoming recording device.

2. Applicant certifies that the DEA is conducting a criminal investigation of Duane Filyaw, Salvatore Orsini, Jamie Quinonez and others in connection with possible violations of Title 21, United States Code, Sections 841(a)(1) and 846 (conspiracy to possess and to distribute controlled substances), and related offenses; that telephone number (203) 232-4778 (the "Target Telephone"), which is subscribed to by EPAY EPAY at 3500 College BL, Leawood, Kansas

66211, with service provided by Verizon Wireless, is believed to be utilized by Duane Filyaw in furtherance of the subject offenses; and that the information likely to be obtained from the pen register and incoming recording device is relevant to the ongoing criminal investigation in that it is believed that this information will concern the mentioned offenses.

3. Applicant requests that the Court issue an order for a period of sixty (60) days authorizing the installation and use of a pen register to register numbers dialed or pulsed from said telephone number, to record the date and time of such dialings or pulsings, and to record the length of time the telephone receiver in question is off the hook for incoming or outgoing calls, and of a device that captures the incoming electronic or other impulses which identify the originating number of an instrument or device from which a wire or electronic communication was transmitted to said telephone number.

4. The applicant further requests that the order direct the furnishing of information, including subscriber information, facilities, and technical assistance necessary to unobtrusively accomplish the installation of the pen register and incoming recording device by Verizon Wireless ("the Company"), with reasonable compensation to be paid by the DEA for reasonable expenses incurred in providing such facilities and assistance.

WHEREFORE, it is respectfully requested that the Court grant an order for a period of 60 days (1) authorizing the installation and use of a pen register to record numbers dialed or pulsed from said telephone number and of a device that captures the incoming electronic or other impulses which identify the originating number of an instrument or device from which a wire or electronic communication was transmitted to said telephone number, (2) directing the Company to forthwith furnish agents of the DEA with all information, including subscriber information,

facilities, and technical assistance necessary to accomplish the installation and use of the devices unobtrusively and with minimum interference to the services presently accorded persons whose dialings or pulsings are the subject of the pen register and incoming recording device, (3) authorizing application of the Court's order to the target telephone number referenced above regardless of service provider during the 60-day period; and, (4) sealing this application and the Court's order.

_____
H. GORDON HALL
ASSISTANT UNITED STATES ATTORNEY
157 Church Street, 23rd Floor
New Haven, CT 06510
Fed. Bar No. ct05153
(203) 821-3700

Subscribed and sworn to before
me this 2nd day of February 2018,
at New Haven, Connecticut.

/s/ Judge Janet C. Hall

HONORABLE JANET C. HALL
CHIEF UNITED STATES DISTRICT JUDGE    2:22pm

4